**WALSH CONSTRUCTION COMPANY OF ILLINOIS, Appellant,**

v.

**Les BROWNLEE, Acting Secretary of the Army, Appellee.**

No. 03–1212.

United States Court of Appeals, Federal Circuit.

Nov. 7, 2003.

Before LOURIE, Circuit Judge, ARCHER, Senior Circuit Judge, and CLEVENGER, Circuit Judge.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.